# 1150

THOMAS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Oscar Thomas against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. John T. Canavan, for respondent. No opinion. Judgment modified by reducing amount allowed for damages to $100, and, as modified, affirmed, without costs.

TRABAND v. TRABAND. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by William H. Traband against Emily F. Traband. No opinion. Motion granted, with $10 costs.

ULLMAN, Respondent, v. CAMMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by James S. Ullman against Henry J. Cammann and others.

PER CURIAM. We are inclined to the opinion that the cause of action to set aside the release can be joined with one to try the validity of the will. However this may be, the question should not be determined on a summary application to strike out the allegations of the plaintiff's complaint in this respect. If he has improperly joined two causes of action, the defendants' remedy is by demurrer. Order affirmed, with $10 costs and disbursements.

UPPINGTON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by Mary T. Uppington against the city of New York. No opinion. Judgment and order affirmed, on argument, with costs, on the opinion of this court delivered on the former appeal. See 41 App. Div. 370, 58 N. Y. Supp. 533.

VAUGHAN, Respondent, v. BUFFALO, R. & P. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Betsy A. Vaughan against the Buffalo, Rochester & Pittsburg Railroad Company. No opinion. Judgment and order affirmed, with costs.

·VER PLANCK, Respondent, v. GODFREY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Virginia E. Ver Planck against Lily A. Godfrey and others. J. N. Hayes, for appellants. W. E. Wyatt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 58 N. Y. Supp. 784.

VIELE et al. v. HILLS. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by Platt B. Viele and another, as surviving executor, etc., against Bessie F. Hills, individually, etc. No opinion. Motion denied, with $10 costs.

VOLKENNING et al., Respondents, v. KILPATRICK, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Henry Volkenning and another against Julia A. S. Kilpatrick, as execu-trix, etc. C. Norwood, for appellant. G. C. Coffin, for respondents. No opinion. Judgment affirmed, with costs.

WARNER, Respondent, v. SCHOFIELD, Appellant. (Supreme Court, Appellate Division. Third Department. September 19, 1899.) Action by Abram D. Warner against Enos B. Schofield. No opinion. Judgment affirmed, with costs.

WEIGHILL v. CURTICE BROS. CO. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Patience Weighill, as administratrix, etc., against the Curtice Bros. Company. No opinion. Plaintiff's exceptions overruled, and motion denied, with costs, and judgment ordered for the defendant.

WEIGHILL v. CURTICE BROS. CO. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Patience Weighill, as administratrix, against the Curtice Bros. Company. No opinion. Motion denied.

WEISSMAN, Respondent, v. DRY DOCK, E. B. & B. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by Jacob Weissman against the Dry Dock, East Broadway & Battery Railroad Company and the Hecker-Jones-Jewell Milling Company. No opinion. Motions for leave to appeal to the court of appeals denied.

WELLS, Appellant, v. BURNHAM, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by J. Douglas Wells against Frederick A. Burnham. G. E. Joseph, for appellant. M. Kendall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WETMORE, Appellant, v. WETMORE et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Annette B. Wetmore against William B. Wetmore, impleaded with others. From an order denying her motion for a reargument, plaintiff appeals. Dismissed. Flamen B. Candler, for appellant. Thomas P. Wickes, for respondents.

PER CURIAM. In view of the decision made upon the appeal from the order modifying the judgment herein (Sup.; 60 N. Y. Supp. 437), it is unnecessary to consider the appeal from the order denying the motion for reargument. That appeal is therefore dismissed, without costs to either party.

WHITEHOUSE et al., Appellants, v. DRISLER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Worthington Whitehouse and others against Henry Drisler and others. R. M. Gillespie, for appellants. S. O. Lockwood, for respondents. No opinion. Judgment affirmed, with costs, on opinion delivered on previous appeal. 37 App. Div. 525, 56 N. Y. Supp. 95.

WIELAND, Respondent, v. FORGOTSTON et al., Appellants. (Supreme Court, Appellate

Division, First Department. October 20, 1899.) Bill by Wilhelm Wieland against Etta Forgotston and others. There was a judgment for plaintiff, and defendants appeal. Affirmed. James C. De Lamaro, for appellants. Samson Lachman, for respondent.

PATTERSON, J. For the reasons stated in the opinion in the case of Wieland v. Forgotston (decided herewith) 60 N. Y. Supp. 483, the interlocutory judgment must be affirmed, with costs, but with permission to the demurring defendant, on the payment of costs in this court and in the court below, to withdraw the demurrer, and answer, within 20 days from the entry of the order of affirmance to be made hereon. All concur.

WIELAND, Plaintiff, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Defendant. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Catherine Fisher Wieland, as administratrix, against the president, etc., of the Delaware & Hudson Canal Company. No opinion. Motion to correct order granted, with $10 costs to abide the event. See 59 N. Y. Supp. 1117.

WILLSON, Respondent, v. EVELINE, Appellant. (Supreme Court, Appellate Division, Third Department. September 27, 1899.) Action by Mordecai M. Willson, Jr., against Mary S. Eveline.

PER CURIAM. Order modified, so as to permit the defendant to serve a supplemental answer within 20 days from the service of this order, without the payment of costs,—the plaintiff being permitted to discontinue within 10 days after the service of a copy of this order, without costs,—and, as so modified, affirmed, without costs of this appeal.

WILSON v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by James Wilson against the mayor of the city of New York. No opinion. Motion granted, with $10 costs.

WILSON, Respondent, v. STREETER, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by John R. Wilson against John C. Street-er. No opinion. Judgment modified by deducting from the damages the sum of $47.11, and, as so modified, affirmed, without costs of this appeal to either party.

WISTER, Respondent, v. LAMSON, Appellant. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by Sabine W. Wister against Allan G. Lamson. H. C. Tracy, for appellant. E. B. Whitney, for respondent. No opinion. Judgment affirmed, with costs.

WOLFF, Respondent, v. MENDHEIM, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Andrew Wolff against Louis P. Mendheim. H. Nathan, for appellant. L. B. Bunnell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

YATES, Respondent, v. SEAMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by Blinn Yates against Frank Seaman. No opinion. Order affirmed, with $10 costs and disbursements.

YOUNT et al., Appellants, v. CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Catherine Yount (sometimes called Young) and another against the city of Rochester. No opinion. Order affirmed, with $10 costs and disbursements.

ZUBRINSKY, Respondent, v. SABIN, Appellant. (Supreme Court, Appellate Term. October 25, 1899.) Action by Abraham Zubrinsky against Abraham R. Sabin. Judgment for plaintiff, and defendant appeals. Reversed. Louis H. Levin, for appellant. L. G. & W. A. Goodhard, for respondent.

PER CURIAM. The record containing no proof of the residence of the defendant, and the judgment having been assailed upon that ground, under the recent decisions of this court (Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319) the judgment must be reversed, and a new trial ordered, with costs to the appellant to abide the event. Judgment reversed, and new trial ordered, with costs to the appellant to avide the event.